UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                 Case No. 3:00-bk-02184-GLP
                                      Chapter 13

Marley Alvin Sellers

_____Debtor(s)_____/

## ORDER APPROVING CHAPTER 13 TRUSTEE'S REPORT AND DISCHARGING TRUSTEE

This case having been dismissed, it is hereby

ORDERED:

1. The report of the Trustee is approved and allowed and the estate is closed.

2. The Trustee is discharged and relieved of her trust; and the portion of the Master Bond of the Trustee in this estate is cancelled and the Trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated February 9, 2006 .

George L. Proctor
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee